United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   KENNETH E. TARR,                          Case No C 05-3668 TEH
13          Plaintiff,                          REPORT OF PRO SE PRISONER
                                                EARLY SETTLEMENT
14                 v                            PROCEEDING
15   MARIN COUNTY SHERIFF'S DEPT. et
     al.,
16
            Defendants.
17
18
19          A settlement conference in this matter was held on  May 5, 2008.  The results of that

20   proceeding are indicated below:

21   (1)    The following individuals, parties, and/or representatives participated in the

22          proceeding, each possessing the requisite settlement authority:

23          ☒  Plaintiff

24          ☐  Warden or warden's representative

25          ☐  Office of the California Attorney General

26          ☒  Other: Renee Giocamini Brewer of Marin County Counsel's Office and a

27   representative of the Marin County Sheriff's Department.

28

1

2   (2)      The following individuals, parties, and/or representatives did not appear:

3   (3)      The outcome of the proceeding was:

4              ☒ The case has been completely settled.

5              ☐ The case has been partially resolved and, on or before

6   _____, counsel for defendants shall file a joint stipulation specifying

7   those claims which have been resolved and those that remain to be resolved by the Court.

8              ☐ The parties agree to an additional follow up settlement on

9   _____.

10             ☐ The parties are unable to reach an agreement at this time.

11  Date:  5/5/08

12                                                  Nandor J Vadas
                                                    United States Magistrate Judge

*United States District Court*

*For the Northern District of California*

1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5
    TARR
6                                              No. C 05-3668 TEH

7   v.                                         CERTIFICATE OF SERVICE

8   MARIN COUNTY SHERIFF'S
    DEPT.
9   _____/

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
    District Court, Northern District of California.
11
    That on   5/6/08, I SERVED a true and correct copy of the attached, by placing said copy in
12  a postage paid envelope addressed to the person(s) listed below, by depositing said
    envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle
13  located in the Office of the Clerk.

14

15  **Kenneth E. Tarr**
    #055702-5
16  Atascadero State Hospital, Unit 11
    P.O. Box 7001
17  Atascadero, CA 93423-7001

18

19

20                                     RICHARD W. WIEKING, CLERK

21

22

23                              By:/s/_____

24                                     Deputy Clerk

25

26

27

28                                    3