Dear Sir,                                   May 5, 2008

  This letter concerns case # C 05-3668 TEH (PR)
Kenneth E. Tarr
        Plaintiff
    vs.
Marin County Sheriff's
Deputies Nedlon, York,
Mungee, McCreel,
        Defendants



Today I settled with Judge Vadas but he informed me that Judge Henderson ruled that I did not have to pay the court filing fee since I am a <u>pro se litigant</u> with no lawyer to represent me.
Can you please send me all the money you've taken from me while I've been here at Atascadero State Hospital since 11/29/2005. And, also stop taking money off my books. You should have a thorough accounting of what you've taken so far.

                                Sincerely,
                                Ken Tarr