1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Renee Giacomini Brewer, SBN 173012
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4
   Attorney(s) for the Defendants Nealon, York, Monge,
5  McKrell (Hereinafter, COM Defendants)

6

7

8
                SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN
9

10
   KENNETH E. TARR,                          Case No.: USDC C-05-3668-TEH
11
              Plaintiff,                     STIPULATION AND ~~PROPOSED~~ ORDER
12                                           FOR DISMISSAL WITH PREJUDICE
        v.
13
   MARIN COUNTY SHERIFF'S DEPT., et al.,
14
              Defendant
15

16
   **STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE**
17                **PURSUANT TO FED. R. CIV. P. 41(a)(1)**

18      Plaintiff KENNETH E. TARR and COM DEFENDANTS, through undersigned counsel of
19
   record, stipulate pursuant to Fed.R.Civ.P. 41(a)(1), that:
20
        1.    The parties to the stipulation represent all parties appearing to date in this litigation;
21
        2.    The undersigned counsel of record are authorized by the named parties to enter into this
22
              stipulation and fully bind their respective clients to its terms;
23

24
        3.    Every claim by each party to this stipulation, whether for monetary damages, declaratory
25
              relief, or any other kind or nature of relief sought, be dismissed with prejudice, such
26
              claims compromising the Plaintiff's Complaint;
27

28

28683.doc

4. Each party bear its own costs, fees, and expenses incurred as a result of this litigation, or any claims asserted therein, or as a result of, or related to, any claims asserted between the parties which precede and relate in any way to the claims asserted in the litigation.

**IT IS SO STIPULATED:**

Dated: July 18 2008                MARIN COUNTY COUNSEL

By: /s/ Renee Giacomini Brewer
RENEE GIACOMINI BREWER
Attorneys for All Defendants

Dated: July 10, 2008               KENNETH E. TARR

By: /s/ Kenneth E. Tarr
KENNETH E. TARR
In pro per

**IT IS SO ORDERED:**

This 21st day of July, 2008

By: /s/ Thelton E. Henderson
HONORABLE THELTON E. HENDERSON

[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]

28669                                     2